

NUMBER 13-18-00321-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ORLANDO CAMPOS,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

**On appeal from the 156th District Court
of Bee County, Texas.**

# ORDER

**Before Justices Benavides, Longoria, and Hinojosa
Order Per Curiam**

Appellant, Orlando Campos appearing *pro se*, appeals the trial court's order dated May 29, 2018 denying his post-conviction motion for forensic DNA testing under Chapter 64 of the Texas Code of Criminal Procedure.  *See* TEX. CODE CRIM. PROC. ANN. arts. 64.01-.05 (West, Westlaw through 2017 1st C.S.).  This cause is before the Court on appellant's second motion for extension of time to file the brief.  Appellant's brief was

originally due to be filed on December 10, 2018 and this Court has previously granted appellant an extension for the filing of appellant's brief in this cause. Appellant has now filed his second motion requesting additional time to file the appellate brief in this cause because he has not been provided with a copy of the appellate record.

Appellant is indigent and on October 31, 2018, we granted appellant's motion for a free appellate record regarding appellant's motion for post-conviction DNA testing. The clerk's record was filed on November 9, 2018. There is no court reporter's record.

Appellant is currently unable to prepare his brief because he has not been provided a copy of the clerk's record. Accordingly, it is hereby ORDERED that the trial court provide appellant with a paper copy of the clerk's record at no cost on or before March 18, 2019. It is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant.

The Court GRANTS appellant's motion for extension of time to file the brief. Appellant is ORDERED to file his brief with this Court within thirty (30) days from the day the appellate record was first made available to him.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of February, 2019.

2